AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br>James Matthew Hargens<br><br>Defendant(s) | ) ) ) ) ) ) ) )  Case No. 1:22-mj-00042 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 16-21, 2021__ in the county of __Pottawattamie__ in the __Southern__ District of __Iowa__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252 | Receipt and Possession of child pornography |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

_Complainant's signature_

Jon Clark, Special Federal Deputy Marshal U.S. Secret Service
_Printed name and title_

Date: 05/12/2022

_Judge's signature_

City and state: Council Bluffs, IA via videoconference

Helen C. Adams, Chief U.S. Magistrate Judge
_Printed name and title_

FILED
By: Clerk's Office, Southern District of Iowa
3:32 pm, May 12 2022

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

CRIMINAL COMPLAINT for **James Matthew Hargens**

I, Jon Clark, the undersigned, being duly sworn do hereby depose and say the following:

1. I have been a police officer with the Council Bluffs Police Department since 1989. In 2006 I was assigned to the Criminal Investigation Division as a detective. I'm also assigned to the Iowa Internet Crimes Against Children (ICAC) Task Force. I have taken part in the investigation of thousands of cases since 1989. I have worked various types of cases including homicide, missing persons, bank/armed robbery, burglary, assault, sexual assault, sexual exploitation, harassment, ongoing criminal conduct, theft, motor vehicle theft, invasion of privacy, identity theft, child exploitation, fraud, fatality/personal injury accident, counterfeiting, felon in possession of firearm, parole/probation violations, narcotics, operating while intoxicated, and internal investigations. I have received mobile device training and computer forensic training from the High Tech Crime Institute (HTCI), National White Collar Crime Center (NW3C), United State Department of Justice National Domestic Communications Assistance Center (NDCAC), Office of Juvenile Justice and Delinquency Prevention National Justice Training Center (NJTC), and the Secret Service National Computer Forensic Institute (NCFI). I'm certified through Cellebrite as a Cellebrite Certified Logical Operator and a Cellebrite Certified Physical Analyst and certified through the International Association of Computer Investigative Specialists (IACIS) in Mobile Device Forensics. My current training hours for mobile device training and computer forensic training exceeds 1400 hours. I have performed mobile forensic device examinations since 2015 for the Council Bluffs Police Department, Iowa ICAC Task Force, and other local, state, and federal law enforcement agencies. I'm also a sworn Special Federal Deputy Marshal with the United States Secret Service Task Force, license number L02206. I have conducted investigations



FILED
By: Clerk's Office, Southern District of Iowa
3:32 pm, May 12 2022

regarding the unlawful possession, receipt, and distribution of child pornography, in violation of Title 18, United States Code, § 2252.

2. I make this affidavit, in part, based on personal knowledge derived from my participation in this investigation, and, in part, based upon information from the following sources:

a. Oral and written reports about this investigation and others I have received from other law enforcement officers, agents, and agencies in the United States;

b. A cybpertip from NCMEC (National Center for Missing and Exploited Children that was reported to them from KIK Messenger; and,

c. Account information received from Cox Communications, KIK Messenger, and Google.

**UNDERLYING FACTS AND CIRCUMSTANCES**

3. On November 15, 2021, a NCMEC (National Center for Missing and Exploited Children) tip is received. Between June 16, 2021, and June 30, 2021, 5 videos and 9 images of child exploitation material was uploaded from the KIK Messenger profile "discreetfun1741_usz" with a Google email address of discreetfun1741@gmail.com. KIK Messenger is a free mobile messaging application. The main functions for a user on KIK is chatting either one to one, group chats, or anonymous chats and sending messages, videos, and pictures to other KIK users. KIK messenger also offers its users internal applications through the browser such as sticker apps, meme generators, games, and dating apps.

4. The following is information KIK Messenger provided on the account:

Email Address: discreetfun1741@gmail.com (Verified)

Screen/User Name: discreetfun1741

ESP User ID: discreetfun1741_usz

IP Address: 166.181.80.29 (Login)

8-05-2021 21:39:46 UTC

5. This Affiant viewed the images and videos, they depicted boys between 8-10 years old either naked or engaged in sex acts with other boys around the same age or with adult males. There is one video which does contain an 8-10 year old naked female with two 8-10 year old naked males. The female is giving one male a "blowjob" while the other male is having intercourse with her.

6. All of the videos and images were sent through KIK Messenger. No information on recipients were provided by KIK Messenger. All of the IP addresses KIK Messenger provided are for either Cox Communications or US Cellular.

7. Subpoena were sent out to Cox Communication and the results for the Cox Communications IP address of 68.13.104.165 for the upload on June 18, 2021 at 23:06:43 UTC comes back to the following:

Tina M. Hargens

107 Peregrine Place

Council Bluffs, Iowa 51501

402-XXX-2995

8. The Pottawattamie County Assessor's web page identified the owners of 107 Peregrine Place, Council Bluffs, Iowa as James M. Hargens and Tina M. Hargens since June of 2015.

9. A search warrant was signed in Pottawattamie County Iowa State court for Google records related to the email address identified in the cybertip. On November 26, 2021, Google search warrant results for discreetfun1741@gmail.com were received. In review of the discreetfun1741@gmail.com.352516813260.GoogleAccount.SubscriberInfo_001 file there are no other email addresses, phone numbers, or names listed other than the discreetfun1741@gmail.com

3

email address. The name for the account is "Discreet Fun". The account was created on 04-22-21 at 16:32:21 UTC from IP address 107.77.173.54 which belongs to AT&T Wireless with a location of Chicago, Illinois.

10. A search warrant was signed in Pottawattamie County Iowa State court for KIK Messenger records related to the cybertip that KIK submitted to NCMEC. On March 1, 2022, KIK Messenger search warrant results were received. The KIK account was created on 04-22-2021 at 11:49:23 UTC or just a few hours before the creation of the Gmail account. The name on the account is "Jay Hard" with a username of "discreetfun1741". In the registration information the cellular device associated with the account is described as a Samsung Galaxy S10 (SM-G973U). There is a user location on 08-19-2021 at 03:07:26 from IP address 166.181.81.4 which belongs to US Cellular. This Affiant knows from previous work experience that US Cellular does not maintain historical assignment records of IP addresses so no subpoena was requested.

11. On May 9, 2022, a search warrant was signed in Pottawattamie County Iowa State court for the property of 107 Peregrine Place, Council Bluffs, Iowa, the person of James Hargens, as well as any vehicle he may be driving.

12. On May 11, 2022, the search warrant for 107 Peregrine Place, Council Bluffs, Iowa was executed. A Samsung Galaxy S10 cellular phone and other electronic items were seized.

13. James Hargens agreed to speak with law enforcement and admitted to uploading files of child pornography via KIK Messenger and identified the Samsung Galaxy S10 as his cellular phone.

14. On May 11, 2022, this Affiant conducted a forensic exam on the Samsung Galaxy S10 cellphone at the Council Bluffs Police Department Cyber Lab. In the Photo Gallery of the phone there is an album titled "KIK" containing 297 images. The thumbnail image on the album cover is of a penis. The album contained images from the NCMEC cybertip as well as numerous

4

other images of child pornography. The images depict nude male children from the approximate age of six to teenager ages, many are naked or engaged in sexual activity.

15. There are some images of males clad in diapers. It further appeared there is an image of James Hargens clad in a diaper. None of the images show James Hargens face but one of the images are taken from the bathroom identified at 107 Peregrine Place of a male believed to be James. The same style of diaper, with the same printed design was seen in numerous other images and videos. These images and videos are in public restrooms and on a bike trail. In the bike trail video, the male is standing under a bridge in the diaper as the camera pans to the bike trail. In another bike trail video the male has his penis exposed and masturbating.

16. Another album titled "Flickr" is located on the Samsung Galaxy S10 which also contained child pornography. This investigation continues as more electronic evidence needs to be analyzed.

Based upon the above facts and circumstances, your affiant believes sufficient probable cause exists to authorize a warrant for the arrest of **James Matthew Hargens** for violations of Title 18, United States Code, Sections 2252(a)(2) and 2252(a)(4)(B) for receipt and possession of child pornography.

Jon Clark, Council Bluffs Police Department
Special Federal Deputy Marshal U.S. Secret Service

Subscribed and sworn to before me by telephone or other reliable electronic means this 12th day of May, 2022.

Helen C. Adams, Chief
United States Magistrate Judge
Southern District of Iowa

5